

**ORDERED in the Southern District of Florida on December 16, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                        CASE NO.: 14-20804-RAM
ALFONSO A. LOVO                              CHAPTER: 13
                    Debtors
_____/

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED
STATUS OF LIEN ON REAL PROPERTY HELD BY VENETIAN PALMS CONDOMINIUM
ASSOCIATION, INC., D.E. #45**

THIS CASE came to be heard on December 9, 2014, on the Debtor's *Motion to Value and*

*Determine Secured Status of Lien on Real Property held by Venetian Palms Condominium Association,*

*Inc.,* (D.E. #45; the "Motion"). Based upon the Debtor's assertions made in support of the Motion,

without objection, having considered the record in this case, and being duly advised in the premises, the

Court FINDS as follows:

A.  The value of Debtors' real property (the "Real Property") located at 7951 SW 104 Street,

D#110, Miami, FL 33156 more particularly described as

**LEGAL DESCRIPTION: UNIT NO 110, BLDG D, OF  VENETIAN PALMS CONDOMINIUM, as recorded in Official Records Book 22845, at Page 3135 of the Public Records of Miami-Dade County, Florida.**

is $86,630.00 at the time of filing of this case.

B.      The total of all claims secured by liens on the Real Property senior to the lien of

VENETIAN PALMS CONDOMINIUM (the "Association") is $189,000.00.

C.      The equity remaining in the real property after payment of all claims secured by liens

senior to the lien of Association is $0.00 and Association has a secured interest in the

Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.      The motion is **GRANTED.**

2.      Association has an allowed secured claim of $0.00.

3.      Because Association's secured interest in the Real Property is $0, Association's

Assessment Lien Rights prior to the filing of the Debtor's bankruptcy petition recorded

September 28, 2012 at Book 28292, Page 3684-3685, in the official records of Miami

Dade County, Florida pursuant to certain Declaration for VENETIAN PALMS

CONDOMINIUM of the official records of Miami Dade County, Florida shall be deemed

void and shall be extinguished automatically, without further order of the Court, upon

entry of the debtor's discharge in this chapter 13 case.  If this case is converted to a case

under any other chapter or if the chapter 13 case is dismissed, Association's Assessment

Lien Rights will no longer be considered void and shall be restored as a lien on the Real

Property.

4.      Association has filed a proof of claim (6-1). It shall be classified as a secured claim in the

amount stated in paragraph 2, above, and as a general unsecured claim in the amount of

$46,709.01, regardless of the original classification in the proof of claim as filed.

5.      The Real Property may not be sold or refinanced without proper notice and further order

of the Court.

6.      Notwithstanding the foregoing, this Order is not recordable or enforceable until the

debtor receives a discharge in this chapter 13 case.

###

Submitted By:

RICARDO CORONA, ESQ.
Florida Bar No. 111333
CORONA LAW FIRM
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 266-1150 Phone

Attorney for debtor is directed to serve a conformed copy of this Order on all interested parties
immediately upon receipt hereof and to file a certificate of service.